## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

TYNISHA MEADA                                    :
5660 Ridgewood Street                            :
Philadelphia, PA  19143                          :     2:26 - cv - 4603
                                                 :
         v.                                      :
                                                 :
ALLIANCE OF NONPROFITS FOR                       :
INSURANCE RISK RETENTION GROUP                   :
300 Panetta Avenue                               :
Santa Cruz, CA  95060                            :

### NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT

TO:    Diana R. Brocco, Esq.
       18 Campus Boulevard
       Suite 100
       Newtown Square, PA  19073

       PLEASE TAKE NOTICE that Defendant Alliance of Nonprofits for Insurance Risk

Retention Group in the above-captioned matter, originally pending in the Court of Common Pleas

of Philadelphia, Pennsylvania in the matter captioned at June Term 2026, No. 115 did on July 2,

2026 file in the United States District Court for the Eastern District of Pennsylvania a Notice of

Removal of said action, a copy of that Notice of Removal being attached and served herewith.


                          GEROLAMO, McNULTY, DIVIS, LEWBART & FOX

                          BY:___/s/ Kevin R. McNulty_____
                                KEVIN R. McNULTY
                                Attorney ID No. 39453
                                121 South Broad Street – Suite 1400
                                Philadelphia, PA  19107
                                (215) 790-8400
                                Attorneys for Defendant
                                Alliance Of Nonprofits For Insurance

Dated: 7/2/26

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

TYNISHA MEADA                               :
5660 Ridgewood Street                       :
Philadelphia, PA  19143                     :
                                            :  2:26 - cv - 4603
        v.                                  :
                                            :
ALLIANCE OF NONPROFITS FOR                  :
INSURANCE RISK RETENTION GROUP              :
300 Panetta Avenue                          :
Santa Cruz, CA  95060                       :

## NOTICE OF REMOVAL

TO:     Clerk, United States District Court
        of the Eastern District of Pennsylvania

        Defendant Alliance of Nonprofits for Insurance Risk Retention Group, by and through its

undersigned counsel, hereby gives Notice of Removal of this action from the Court of Common

Pleas of Philadelphia County, in which this action is now pending, to the United States District

Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §1441, et seq., and in

support states as follows:

        1.      Plaintiff filed a lawsuit in the Philadelphia County Court of Common Pleas

against Defendant Alliance of Nonprofits for Insurance Risk Retention Group.  A copy of

Plaintiff's Complaint is attached hereto as Exhibit "A".

        2.      According to the Complaint, Plaintiff seeks to recover both economic and

noneconomic damages resulting from a motor vehicle accident.

        3.      Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs.

        4.      Defendant was served with a copy of the Complaint less than thirty (30) days

ago.

        5.      Plaintiff is a resident and citizen of the Commonwealth of Pennsylvania.

        6.      Defendant is incorporated in Vermont and has its principal place of business in

California.

7.    Defendant believes, and therefore states, that subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. §1332(a) because the parties are diverse and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8.    Jurisdiction in this matter is proper in the United States District Court for the Eastern District of Pennsylvania and Defendant seeks removal thereto pursuant to the provisions of 28 U.S.C. §1441(a) and 1446(b).

9.    This Notice is filed within the time for removal set forth in 28 U.S.C. §1446(b) inasmuch as thirty (30) days have not passed since the receipt by Defendant of the initial pleading setting forth a claim for relief upon which this action is based.

WHEREFORE, Defendant Alliance of Nonprofits for Insurance Risk Retention Group requests that its Notice of Removal be granted and that the matter be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

GEROLAMO, McNULTY, DIVIS, LEWBART & FOX

BY:    /s/ Kevin R. McNulty
      KEVIN R. McNULTY
      Attorney ID No. 39453
      121 South Broad Street – Suite 1400
      Philadelphia, PA  19107
      (215) 790-8400
      Attorneys for Defendant
      Alliance Of Nonprofits For Insurance

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

TYNISHA MEADA                                    :
5660 Ridgewood Street                            :
Philadelphia, PA  19143                          :
                                                 :
            v.                                    :
                                                 :
ALLIANCE OF NONPROFITS FOR                       :
INSURANCE RISK RETENTION GROUP                   :
300 Panetta Avenue                               :
Santa Cruz, CA  95060                            :

## PROOF OF FILING

**TO THE OFFICE OF JUDICIAL RECORDS:**

Pursuant to 28 U.S.C. §1441 et seq., Defendant files herewith a certified copy of its

Notice of Removal filed in the United States District Court for the Eastern District of

Pennsylvania on the 2nd day of July, 2026.

GEROLAMO, McNULTY, DIVIS, LEWBART & FOX

BY:___/s/ Kevin R. McNulty_____
        KEVIN R. McNULTY
        Attorney ID No. 39453
        121 South Broad Street – Suite 1400
        Philadelphia, PA  19107
        (215) 790-8400
        Attorneys for Defendant
        Alliance Of Nonprofits For Insurance